**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:23-CR-137-MOC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   <u>**ORDER**</u> |
| | ) |
| **OMAR BENCOSME,** | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by John J. Dowling III, concerning Patrick Jerome Brackley, on July 20, 2023.  Patrick Jerome Brackley seeks to appear as counsel *pro hac vice* for Defendant.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**.  Patrick Jerome Brackley is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 21, 2023

David C. Keesler
United States Magistrate Judge