UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cr-137-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **OMAR BENCOSME,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss the Bill of Information in this case. (Doc. No. 19).

The Government's Motion to Dismiss is **GRANTED**, and the Bill of Information is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: January 23, 2024

Max O. Cogburn Jr
United States District Judge